# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Fedegari Technologies, Inc. | 11/30/2022 | Wire | $ 690.80 |
| Akorn Operating Company, LLC | Fedegari Technologies, Inc. | 2/1/2023 | Wire | $ 48,596.00 |
| | | | | $ 49,286.80 |