## EXHIBIT A

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| Abbey Color | $209,806.00 | $100,000.00 | N/A | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Interchem Corporation | $90,713.81 | $55,000.00 | 25-50342 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| McMaster-Carr Supply Company | $40,963.88 | $12,500.00 | 25-50356 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Reed-Lane Inc | $59,665.16 | $1,250.00 | 25-50347 | Settlement amount is at least 90% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Quantic Group Ltd. | $114,516.49 | $35,000.00 | 25-50350 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Microbiologics | $21,326.02 | $6,945.00 | 25-50357 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Fedegari Technologies | $49,286.80 | $10,000.00 | 25-50340 | Settlement amount is at least 35% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Olympic Web Design | $36,068.07 | $14,300.54 | 25-50267 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

[1] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements.
[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements.

2

| | | | | |
|---|---|---|---|---|
| Lesman Instruments | $37,249.95 | $23,266.31 | 25-50270 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Poynter Sheet Metal, Inc. | $54,822.00 | $18,500.00 | 25-50346 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Atlantic Scale Co. | $25,033.08 | $4,000.00 | 25-50234 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| ArentFox Schiff LLP | $148,208.89 | $111,156.66 | N/A | Settlement amount is at least 74% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| American International Chemical Inc. | $22,130.00 | $18,810.50 | 25-50354 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |